# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| James C. Cleek, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) 21-CV-00027-DGK |
| | ) |
| Ameristar Casino Kansas City, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL
## TO THE U.S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that we, James C. Cleek and Carol Cleek, Plaintiffs in the above-styled cause, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 17th day of August, 2021.

HANKINS & CONKLIN, P.C.

/s/ *Thomas E. Hankins*
Thomas E. Hankins - Bar #26005
6812 North Oak Trafficway, Suite 5
Gladstone, Missouri 64118-2587
Telephone: (816) 436-3100
FAX: (816) 436-8643
E-Mail: tomhankinslaw@cs.com

**Attorney for Plaintiffs**
**James C. Cleek and Carol Cleek**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the above and foregoing document was served by electronic mail this 14th day of September, 2021 by attaching said document, in .pdf format, to an E-Mail sent to the following attorneys at the following E-Mail addresses:

Robert W. Tormohlen - rwtormohlen@lewisricekc.com
Scott A. Wissel - sawissel@lewisricekc.com

The undersigned further certifies that on September 14, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification of such filing to the following:

Robert W. Tormohlen - rwtormohlen@lewisricekc.com
Scott A. Wissel - sawissel@lewisricekc.com

/s/ *Thomas E. Hankins*
Thomas E. Hankins
Attorney for Plaintiffs
James C. Cleek and Carol Cleek